FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Mar 20, 2025
SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SARAH K.,

    Plaintiff,

v.

LELAND DUDEK, ACTING COMMISSIONER OF SOCIAL SECURITY,[1]

    Defendant.

No. 2:24-CV-00396-ACE

ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

**ECF No. 10**

    **BEFORE THE COURT** is the parties' stipulated motion to remand the above-captioned matter to the Commissioner for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). ECF No. 10. Attorney Victoria Chhagan represents Plaintiff; Special Assistant United States Attorney Frederick Fripps represents Defendant. After considering the file and proposed order, **IT IS ORDERED:**

    1.    The parties' Stipulated Motion for Remand, **ECF No. 10**, is **GRANTED**. The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative action pursuant to sentence four of 42 U.S.C. § 405(g).

    On remand, the Commissioner shall offer Plaintiff the opportunity for a new hearing and to submit new evidence. The Commissioner will direct the

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Leland Dudek, Acting Commissioner of Social Security, is substituted as the named Defendant.

ORDER GRANTING STIPULATED MOTION FOR REMAND - 1

Administrative Law Judge to give further consideration to the opinion evidence, prior medical findings, and testimonial evidence in accordance with the regulations; give further consideration to the residual functional capacity finding consistent with the regulations; obtain evidence from a vocational expert to determine if jobs exist for the claimant in the national economy in significant numbers; take any further action needed to complete the administrative record; and issue a new decision.

2. **Judgment shall be entered for PLAINTIFF**.

3. An application for attorney fees and costs may be filed by separate motion.

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order, forward copies to counsel, and **CLOSE THE FILE**.

DATED March 20, 2025.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION FOR REMAND - 2